United States District Court
Southern District of Texas
ENTERED
SEP 11 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 11 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| VICKI PAULETTE STANLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-161 |
| | § | |
| TEXAS DEPARTMENT OF HUMAN SERVICES AND CELESTE PENA | § § | |

## ORDER

On this date came on for consideration Defendants' Motion to Partially Dismiss, in the above entitled and numbered cause. After consideration, the Court is of the opinion that the Motion is not meritorious and should be **DENIED**.

SIGNED at Brownsville, Texas, this 11th day of September 1998.

Filemon B. Vela
United States District Judge