UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

VICKI PAULETTE STANLEY

V.   \*   C.A. NO. B-97-161

TEXAS DEPARTMENT OF HUMAN
SERVICES AND CELESTE PENA

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

On this day came on to be considered the initial pretrial conference for the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __March 1, 1999__.
If additional time is required, a motion requesting such extension must be filed no later than __February 1, 1999__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than __March 12, 1999__:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(A) Pretrial Conference is set for __March 25, 1999 at 2:00__ p.m. before Magistrate Judge John Black

(4) A final pretrial and settlement conference is set for __April 1, 1999 at 1:30 p.m.__

(5) Trial on the merits is set for __April 1999__, docket call.


DONE at Brownsville, Texas, on __3RD DEC 98__.

_____
United States Magistrate