15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICKI PAULETTE STANLEY | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-161 |
| | § | |
| TEXAS DEPARTMENT OF HUMAN | § | |
| SERVICES and CELESTE PEÑA, | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR JURY TRIAL

On this day, came to be considered Defendants' motion for jury trial. After due consideration, the Court is of the opinion that the motion is meritorious and should be GRANTED.

SIGNED, this __12__ day of __JAN__, 199_.

_____
PRESIDING JUDGE