IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICKI PAULETTE STANLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-161 |
| | § | |
| TEXAS DEPARTMENT OF HUMAN SERVICES and CELESTE PEÑA | § § | |

# ORDER

On the __24th__ day of __March__, 1999, this cause came on for consideration the **Plaintiff's Unopposed Motion to Extend Discovery Deadlines**.

After considering such Motion, the Court is of the opinion that such Plaintiff's Unopposed Motion to Extend Discovery Deadlines be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiff's Unopposed Motion to Extend Discovery Deadlines is GRANTED and discovery is to be completed by __May 21,__ 1999, and trial has been reset to __June 21,__ 1999, at 9:00 A.M. before Magistrate Judge John Wm. Black.

SIGNED on this the __24th__ day of __March__, 1999.

~~DISTRICT JUDGE~~ U. S. MAGISTRATE JUDGE