IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VICKI PAULETTE STANLEY | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-161 |
| | § | |
| TEXAS DEPARTMENT OF HUMAN | § | |
| SERVICES and CELESTE PEÑA, | § | |
| Defendants. | § | |

## PARTIES' AGREED JOINT SCHEDULING ORDER

COME NOW Plaintiff and Defendants in the above styled case, and submit this, their Agreed Joint Scheduling Order in this case.

1) All discovery in this case shall be completed by **October 11, 1999**.

2) The Parties' Joint Pretrial Order is due no later than **November 12, 1999**.

3) Jury selection in this case will convene on **December 3, 1999**.

4) Trial on the merits of this case, expected to last 2-3 days, is set for **December 15, 1999**.

SIGNED this __16__ day of __June__, 1999.

_____
THE HONORABLE MAGISTRATE
JOHN W. BLACK

AGREED AS TO FORM:

_____
J. ARNOLD AGUILAR
S.D.# 6822
Artemis Square, Suite H-2
1200 Central Blvd.
Brownsville, Texas 78520
(956) 504-1100
(956) 504-1408 FAX

ATTORNEY FOR PLAINTIFF

_____
R. CHAD GEISLER
S.D.# 20443
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEY FOR DEFENDANTS