IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VICKI PAULETTE STANLEY | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-161 |
| | § | |
| TEXAS DEPARTMENT OF HUMAN | § | |
| SERVICES and CELESTE PENA, | § | |
|     Defendants. | § | |

## ORDER

Before this Court is Defendant Texas Department of Human Services' and Celeste Pena's Motion for Summary Judgment (Docket No. 7) pursuant to FED. R. CIV. P. 56. After having considered the pleadings and the evidence submitted by all parties to this matter, the Court is of the opinion that this motion should be GRANTED.

IT IS THEREFORE ORDERED that plaintiff's claims for violations of the TCHRA, TEX. LABOR CODE § 21.001, et. seq., TITLE VII, 42 U.S.C. § 2000(e), et. seq., 42 U.S.C. §§ 1981, 1983, 1988, and the state law claim of intentional infliction of emotional distress be DISMISSED WITH PREJUDICE against both defendants, the Texas Department of Human Services and Celeste Pena.

DONE at Brownsville, Texas, on this 30 day of NOV, 1999.

John Wm. Black
United States Magistrate Judge